— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

March 17, 2009

Terrence S. Miller
Clerk of the Bankruptcy Court
Middle District
197 South Main Avenue
Wilkes-Barre, PA 18701

RE: **T. Miller Enterprises, Inc.**
**Case# 5-06-52011**

Dear Terrence:

Enclosed please find check #115 in the amount of $2,818.59, which represents the amount dividends issued to creditors, check uncased unable to locate creditor. Please deposit this check into your account.

The following is a list to describe the dividends that were included in check #115 in the amount of $2,818.59:

| Check # | Creditor | Amount | Claim # |
|---|---|---|---|
| 106 | MCKC Enterprises | $1,442.02 | 2 |
| 107 | Falling Springs | $1,294.19 | 3 |
| 109 | Thomas & Carol Lighthiser | $82.38 | 5 |

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar
Paralegal

Enclosure

FILED
WILKES-BARRE, PA.
2009 MAR 19 AM 11: 31
CLERK U.S. BANKRUPTCY COURT